168 A.3d 1180

MICHAEL KIMM, PLAINTIFF–PETITIONER, v. KCC
TRADING, INC., WON BOK CHOI, MISUK CHOI
AND JIHAE CHOI, DEFENDANTS.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003157–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JESSIE
SEPULVEDA (A/K/A JESSY SEPULVEDA, ORTIZ CRUZ, JESSE
SANCHEZ, JOSHUA SANCHEZ, JESSIE SEPOLVEDA, AND
JESSIEL SEPULVEDA), DEFENDANT–PETITIONER.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002167–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.